**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MALIKUL AZIZ, RONNIE CRUZ, and RUDAN RAMSAHAI, individually and on behalf of all of those similarly situated,**<br><br>       **Plaintiffs,**<br><br>**vs.**<br><br>**CITY OF NEWARK, NEW JERSEY,**<br><br>       **Defendant.** | Civil Action No. 2:20-cv-10309- SDW-JRA<br><br>**ORDER** |

      This matter comes before the Court upon an unopposed Motion for Final Approval of Collective Settlement (ECF 304) filed by Plaintiffs Malikul Aziz, Ronnie Cruz and Rudan Ramsahai, individually and on behalf of all of those similarly situated, seeking approval of a proposed settlement which resolves Plaintiffs' wage-and-hour claims under the Fair Labor and Standards Act ("FLSA") for alleged unpaid overtime. The Court has considered the Plaintiffs' submissions and conducted a Final Fairness Hearing on the record on September 3, 2024. For the reasons set forth on the record, and for good cause shown,

      **IT IS** on this _____ day of September 2024

      **ORDERED** that Plaintiffs' Motion for Final Approval of Collective Settlement (ECF 304) for settlement approval is **GRANTED**; and it is further

      **ORDERED** that the proposed Settlement Agreement is **APPROVED** as fair and reasonable; and it is further

**ORDERED** that this action and any pending scheduling deadlines are hereby **ADMINISTRATIVELY TERMINATED**; and it is further

**ORDERED** that within 60 days after entry of this Order (or such additional period authorized by the Court) the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be effectuated, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or request to reopen the action within the 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

**SO ORDERED.**

_____
**U.S.M.J.**